# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00272-CR

### In re David Dwayne Hernandez

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of mandamus, filed on August 15, 2025, is denied.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: August 21, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Do Not Publish
OT06

